No. 661. UNITED STEAMSHIP COMPANY, CLAIMANT, ETC., PETITIONER, *v.* SOCIETE NOUVELLE D'ARMEMENT. October 24, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles Page*, *Mr. Edward J. Mc-Cutchen* and *Mr. Samuel Knight* for petitioner. *Mr. William Denman* for respondent.

No. 697. THE MARITIME INSURANCE COMPANY, LIMITED, PETITIONER, *v.* THE M. S. DOLLAR STEAMSHIP COMPANY. October 24, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William Denman* for petitioner. No appearance for respondent.

No. 710. HATTIE L. JOHNSTON, ADMINISTRATRIX, ETC., ET AL., PETITIONERS, *v.* STATE MUTUAL LIFE INSURANCE COMPANY. October 24, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. John G. Capers* and *Mr. W. Boyd Evans* for petitioners. *Mr. J. P. K. Bryan* for respondents.